BRODSKY, Respondent, v. KRONENBERG et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Abraham Brodsky against Morris Kronenberg and others. No opinion. Motion to dismiss appeal denied, with costs.

BROOKS v. CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. November 30, 1910.) Action by Sarah Brooks against the City of Rochester.

PER CURIAM. Plaintiff's exception sustained, and motion for new trial granted, with costs to plaintiff to abide event. Held, that the questions of defendant's negligence and of plaintiff's freedom from contributory negligence were questions of fact, which should have been submitted to the jury.

WILLIAMS, J., dissents, upon the ground of contributory negligence.

BUCHANAN, Appellant. v. BOARD OF EDUCATION OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Joseph Buchanan against the Board of Education of the City of New York. No opinion. Appeal dismissed, with costs.

BUCK et al., Respondents, v. NEW JERSEY CAR SPRING & RUBBER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Robert J. Buck and others, as trustees in bankruptcy, etc., against the New Jersey Car Spring & Rubber Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

BUCKLEY, Appellant, v. BUCKLEY et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 7, 1910.) Action by Mary Buckley against Pearl A. Buckley, an infant, etc., and others. No opinion. Appeal dismissed, without costs, on stipulation filed.

BULLOCK, Respondent, v. NATIONAL STARCH CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 11, 1911.) Action by Clarence Bullock against the National Starch Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that no actionable negligence of the defendant was established, and that the verdict establishing freedom from contributory negligence and on the question of assumption of risk is contrary to and against the weight of evidence.

BURNS, Respondent, v. DEGNON-McLEAN CO., Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1910.) Action by Denis Burns against the Degnon-McLean Company. J. F. Donnelly, for appellant. R. Stewart, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 129 App. Div. 907, 113 N. Y. Supp. 1127.

BURSTEIN, Respondent, v. BRENG et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by Louis Burstein against George Breng and others.

PER CURIAM. If this action were to be deemed one to recover for fraud and deceit, we think it could not be maintained. It seems to us, however, that it may be treated as an action to recover the amount paid, upon the ground of failure of consideration for the contract arising out of mutual mistake of the parties in connection with the subject-matter thereof. Judgment of the Municipal Court affirmed, with costs.

BURT, Appellant, v. GLUCK, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Franklin Burt against Bella Gluck, also known as Betty Gluck. No opinion. Motion to dismiss appeal granted, with costs, and stay vacated.

BUTLER, Respondent, v. GOULD, Appellant. (Supreme Court, Appellate Division, First Department. December 16, 1910.) Action by Malcolm N. Butler against Katherine C. Gould. C. J. Shearn, for appellant. J. Larocque, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

CALMON ASBESTOS & RUBBER WORKS OF AMERICA, Appellant, v. ASBEST UND GUMMIWERKE ALFRED CALMON AKTIENGESELLSCHAFT, Respondent. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by the Calmon Asbestos & Rubber Works of America against the Asbest und Gummiwerke Alfred Calmon Aktiengesellschaft. C. S. Mackenzie, for appellant. H. R. Limburg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 126 N. Y. Supp. 120.

CARR, Appellant, v. ALLEN et al., Respondents. (Supreme Court, Appellate Division, First Department. December 2, 1910.) Action by Lillian J. Carr against Aaron C. Allen and another. N. W. Chandler, for appellant. H. Aaron, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

CARROLL, Respondent, v. LEGGETT, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1910.) Action by Nora Carroll against David G. Leggett. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

CARY et al., Appellants, v. BICE, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1910.) Ac-